B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Green Fleet Systems, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-1144431** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**20500 Alameda St.**<br>**Carson, CA**<br><br>ZIP Code<br>**90810** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity** | **Nature of Debts**<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                                Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Green Fleet Systems, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**TKS Leasing, LLC** | Case Number: | Date Filed: |
| District:<br>**Central District of California** | Relationship:<br>**Affiliated Entity** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                 (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Green Fleet Systems, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X **/s/ David L. Neale**
Signature of Attorney for Debtor(s)

**David L. Neale 141225**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

Address

**(310) 229-1234**
Telephone Number

**February  2, 2015            141225**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gary Mooney**
Signature of Authorized Individual

**Gary Mooney**
Printed Name of Authorized Individual

**President and Chief Executive Officer**
Title of Authorized Individual

**February  2, 2015**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**CERTIFICATE OF GREEN FLEET SYSTEMS, LLC
A DELAWARE LIMITED LIABILITY COMPANY
AUTHORIZING FILING OF PETITION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Gary Mooney, hereby certify as follows:

1.      I am the President of Green Fleet Systems, LLC (the "Company").

2.      At a special meeting of the Company's members, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that Gary Mooney or his designee ("Officer") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code;

> FURTHER RESOLVED, that Officer is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officer deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members;

> **FURTHER RESOLVED** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

Dated:  January 23, 2015

GREEN FLEET SYSTEMS, LLC

By:_____
    Gary Mooney
    Its:  President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Green Fleet Systems, LLC**        Case No. _____

                                Debtor(s)        Chapter    **11**  _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| DSCH Capital/ Far West Capital 4601 Spicewood Springs Rd. Building 2, Suite 200 Austin, TX 78759 | DSCH Capital/ Far West Capital 4601 Spicewood Springs Rd. Building 2, Suite 200 Austin, TX 78759 | Accounts Receivable | | 3,639,797.00 <br><br> (2,631,020.00 secured) |
| CENTERPOINTE PROPERTIES TRUST 2023 PAYSPHERE CIRCLE CHICAGO, IL 60674 | CENTERPOINTE PROPERTIES TRUST 2023 PAYSPHERE CIRCLE CHICAGO, IL 60674 | | | 536,008.55 |
| Eileen Hahn 221 EAST MAIN STREET Bath, PA 18014 | Eileen Hahn 221 EAST MAIN STREET Bath, PA 18014 | | | 450,000.00 |
| AALRR 12800 CENTER COURT DRIVE STE 300 CERRITOS, CA 90703 | AALRR 12800 CENTER COURT DRIVE STE 300 CERRITOS, CA 90703 | | | 421,424.31 |
| SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | | | 275,978.74 |
| Bryan Wormell 4501 SNELL AVE. #3203 San Jose, CA 95136 | Bryan Wormell 4501 SNELL AVE. #3203 San Jose, CA 95136 | | | 250,000.00 |
| CLEAN ENERGY 4675 MacArthur Court, Ste. 8 00 Newport Beach, CA 92660 | CLEAN ENERGY 4675 MacArthur Court, Ste. 8 00 Newport Beach, CA 92660 | | | 150,571.55 |
| Eco-Flow Transportation, Inc. 18735 South Ferris Place Compton, CA 90220 | Eco-Flow Transportation, Inc. 18735 South Ferris Place Compton, CA 90220 | Guaranty of Loan to TKS Leasing, LLC. | | 150,000.00 |
| TRAC INTERMODAL (AP) c/o US BANK PO BOX 952064 ST. LOUIS, MO 63195 | TRAC INTERMODAL (AP) c/o US BANK PO BOX 952064 ST. LOUIS, MO 63195 | | | 99,838.14 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Green Fleet Systems, LLC**                                                Case No. _____
                                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Securitas Security Services<br>4330 Park Terrace Drive<br>Westlake Village, CA 91361** | **Securitas Security Services<br>4330 Park Terrace Drive<br>Westlake Village, CA 91361** | **Security services for facility.** | | **83,123.92** |
| **TEC LEASING<br>PO BOX 11272<br>PORTLAND, OR, 97211** | **TEC LEASING<br>PO BOX 11272<br>PORTLAND, OR 97211** | | | **82,491.04** |
| **ROBERT LIVINGSTON<br>8611 ACAPULCO CIRCLE<br>HUNTINGTON BEACH, CA 92646** | **ROBERT LIVINGSTON<br>8611 ACAPULCO CIRCLE<br>HUNTINGTON BEACH, CA 92646** | | | **67,500.00** |
| **MACK FINANCIAL SERVICES<br>PO BOX 7247-0236<br>PHILADELPHIA, PA 19170-0236** | **MACK FINANCIAL SERVICES<br>PO BOX 7247-0236<br>PHILADELPHIA, PA 19170-0236** | | | **59,828.21** |
| **OGLETREE DEAKINS<br>400 SOUTH HOPE STREET, SUITE 1200<br>LOS ANGELES, CA 90071** | **OGLETREE DEAKINS<br>400 SOUTH HOPE STREET, SUITE 1200<br>LOS ANGELES, CA 90071** | | | **45,854.28** |
| **AMR STAFFING INC<br>P.O.BOX 105328<br>ATLANTA, GA 30348** | **AMR STAFFING INC<br>P.O.BOX 105328<br>ATLANTA, GA 30348** | | | **39,686.80** |
| **TEC OF CALIFORNIA, INC.<br>. P.O. 11272<br>PORTLAND, OR 97211-0272** | **TEC OF CALIFORNIA, INC.<br>. P.O. 11272<br>PORTLAND, OR 97211-0272** | | | **39,030.63** |
| **SELECT STAFFING<br>P.O. BOX 512007<br>LOS ANGELES, CA 90051-0007** | **SELECT STAFFING<br>P.O. BOX 512007<br>LOS ANGELES, CA 90051-0007** | | | **36,824.40** |
| **HEALTH NET<br>FILE #52617<br>LOS ANGELES, CA 90074-2617** | **HEALTH NET<br>FILE #52617<br>LOS ANGELES, CA 90074-2617** | | | **34,190.74** |
| **AMTRUST NORTH AMERICA<br>200 SUPERIOR AVE. E., 21ST FLOOR<br>Cleveland, OH 44114** | **AMTRUST NORTH AMERICA<br>200 SUPERIOR AVE. E., 21ST FLOOR<br>Cleveland, OH 44114** | | | **29,905.00** |
| **DIRECT CHASSISLINK<br>PO BOX 603061<br>CHARLOTTE, NC 28260-3061** | **DIRECT CHASSISLINK<br>PO BOX 603061<br>CHARLOTTE, NC 28260-3061** | | | **28,513.80** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Green Fleet Systems, LLC**                                        Case No. _____

_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February  2, 2015** _____        Signature  **/s/ Gary Mooney** _____

                                                **Gary Mooney**
                                                **President and Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

## Central District of California

In re    **Green Fleet Systems, LLC**                                                              ,          Case No. _____

                                                                    Debtor

                                                                                                                      Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
| --- | --- | --- | --- |
| **Mooney Enterprises, Inc.**<br>**20500 Alameda St.**<br>**Carson, CA 90810** | | **100%** | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ____**February  2, 2015**_____          Signature **/s/ Gary Mooney**_____
                                                                                          **Gary Mooney**
                                                                                          **President and Chief Executive Officer**

        *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C §§  152 and 3571.

____**0**____  continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**In re TKS Leasing, LLC, filed concurrently with Debtor's case.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Carson, California**                         , California.          **/s/ Gary Mooney**
                                                                                       **Gary Mooney**
Date:          **February  2, 2015**                                                   Signature of Debtor


                                                                                       Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              *Page 1*                **F 1015-2.1.STMT.RELATED.CASES**

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Central District of California

In re   **Green Fleet Systems, LLC**                                    ,     Case No. _____

                                          Debtor
                                                                          Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 7,094,357.10 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 7,001,599.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 3,257,437.06 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 7,094,357.10 | | |
| Total Liabilities | | | | 10,259,036.06 | |

B6A (Official Form 6A) (12/07)

.

In re   **Green Fleet Systems, LLC** ,      Case No. _____
_____
                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

___**0**___ continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re   **Green Fleet Systems, LLC** _____,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Pacific Enterprise Bank (Acc. XXXXX1640) - Operating** | - | 661.01 |
| | | **Pacific Enterprise Bank (Acc. XXXXX1657) - Payroll** | - | 3,140.09 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with: Centerpointe Properties Trust (Landlord)** | - | 300,000.00 |
| | | **Security Deposit with: Crossroads Equipment Lease and Finance, LLC (Lender - Trucks)** | - | 27,000.00 |
| | | **Security Deposit with: Southern California Edison (Utility Provider)** | - | 13,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Automobile Liability (State National Insurance Company Policy #MDE0703923)** | - | Unknown |
| | | **Commercial General Liability (State National Insurance Company Policy #MDD0703923)** | - | Unknown |

Sub-Total >   343,801.10
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Green Fleet Systems, LLC**
_____,    Case No. _____
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Directors and Officer's Liability Insurance (Security National Insurance Company Policy #SWC1041862)** | - | **Unknown** |
| | | **Key-Man Life Insurance (Ohio National Life Insurance Company)** | - | **Unknown** |
| | | **Trailer Interchange/ Physical Damage/ Cargo Legal Liability (Colony Specialty Insurance Company Policy #IM254510)** | - | **Unknown** |
| | | **Worker's Compensation (State National Insurance Company Policy #WCMK0604426)** | - | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (Net Doubtful Debt)** | - | **2,631,020.00** |
| | | **Officers Loan - Kyle Mooney** | - | **86,623.00** |
| | | **Intercompany Advance - World Cartage and Logistics, Inc.** | - | **50,714.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >    **2,768,357.00**
(Total of this page)

Sheet ___**1**___ of ___**3**___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Green Fleet Systems, LLC** _____,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers (gross values)** | - | 254,956.00 |
| | | **Furniture and Equipment (gross values)** | - | 138,964.00 |
| | | | Sub-Total > (Total of this page) | 393,920.00 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Green Fleet Systems, LLC**
_____,    Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Trucks (See Attached Exhibit #B29) (values based on distressed market value)** | - | **3,360,919.00** |
| | | **Leasehold Improvement (values based on net before depreciation)** | - | **199,290.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Prepaid Insurance** | - | **24,000.00** |
| | | **Prepaid Tractor Repairs** | - | **4,070.00** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **3,588,279.00** |
| Total > | **7,094,357.10** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**Green Fleet Systems, LLC**
**Transportation Vehicle Schedule**
**Exhibit B29**

| TRUCK # | Sleeper /Day Cab | MAKE | YEAR | VIN # | Estimated Market Value |
|---|---|---|---|---|---|
| GFS26 | D | Mack | 2010 | 1M1AW02Y3AN009639 | 49,751.42 |
| GFS27 | D | Mack | 2010 | 1M1AW02Y1AN009641 | 49,575.58 |
| GFS34 | D | Mack | 2010 | 1M1AW02Y7AN009644 | 49,761.69 |
| GFS36 | D | Mack | 2010 | 1M1AW02Y3AN009642 | 49,833.84 |
| GFS37 | D | Mack | 2010 | 1M1AW02Y1AN009638 | 49,847.40 |
| GFS38 | D | Mack | 2010 | 1M1AW02YXAN009637 | 49,599.71 |
| GFS39 | D | Mack | 2010 | 1M1AW02Y5AN009643 | 49,718.23 |
| 617 | S | Volvo | 2008 | 4V4NC9TH38N490214 | 43,629.23 |
| 621 | S | Volvo | 2008 | 4V4NC9EJ08N490204 | 46,851.41 |
| 578 | S | Volvo | 2009 | 4V4NC9EG29N285246 | 46,153.77 |
| 619 | S | Volvo | 2009 | 4V4NC9EG49N281179 | 46,697.36 |
| 620 | S | Volvo | 2009 | 4V4NC9EG09N281180 | 47,474.01 |
| GFS01 | D | Kenworth | 2007 | 1XKDD49XX7R197024 | 88,373.29 |
| GFS03 | D | Kenworth | 2007 | 1XKDD49X37R197026 | 88,025.75 |
| GFS04 | D | Kenworth | 2007 | 1XKDD49X57R197027 | 88,067.08 |
| GFS06 | D | Kenworth | 2007 | 1XKDD49X97R197029 | 88,486.55 |
| GFS07 | D | Kenworth | 2007 | 1XKDD49X57R197030 | 87,709.29 |
| GFS08 | D | Kenworth | 2007 | 1XKDD49X77R197031 | 88,035.34 |
| GFS10 | D | Kenworth | 2007 | 1XKDD49X47R197102 | 87,936.02 |
| GFS11 | D | Kenworth | 2007 | 1XKDD49XX7R197105 | 87,446.04 |
| GFS12 | D | Kenworth | 2007 | 1XKDD49X67R197103 | 88,003.95 |
| GFS13 | D | Kenworth | 2007 | 1XKDD49X87R197104 | 87,908.66 |
| GFS14 | D | Kenworth | 2007 | 1XKDD49X27R197101 | 88,188.84 |
| 440 | D | Kenworth | 2007 | 1XKDD49X77R197028 | 89,126.66 |
| 640 | D | Kenworth | 2007 | 1XKDD49X07R197100 | 87,647.69 |
| 642 | D | Kenworth | 2007 | 1XKDD49X17R197025 | 87,897.87 |
| GFS28 | S | Kenworth | 2011 | 3BKDD29X1BF278692 | 98,118.14 |
| GFS29 | S | Kenworth | 2011 | 3BKDD29XXBF278688 | 97,153.38 |
| GFS30 | S | Kenworth | 2011 | 3BKDD29X3BF278693 | 98,126.77 |
| GFS31 | S | Kenworth | 2011 | 3BKDD29XXBF278691 | 97,886.78 |
| GFS71 | S | Kenworth | 2011 | 3BKDD29X8BF278687 | 98,435.02 |
| GFS72 | S | Kenworth | 2011 | 3BKDD29X1BF278689 | 98,595.75 |
| GFS73 | S | Kenworth | 2011 | 3BKDD29X8BF278690 | 98,897.59 |
| GFS74 | S | Kenworth | 2011 | 3BKDD29X5BF278694 | 98,206.63 |
| GFS35 | S | Mack | 2010 | 1M1AW02Y8AN010687 | 49,709.61 |
| GFS40 | S | Mack | 2010 | 1M1AW02YXAN010691 | 48,060.77 |
| GFS41 | S | Mack | 2010 | 1M1AW02Y1AN010692 | 50,144.57 |
| GFS42 | S | Mack | 2010 | 1M1AW02Y3AN010693 | 49,895.41 |
| GFS43 | S | Mack | 2010 | 1M1AW02Y7AN010695 | 49,942.52 |
| GFS45 | S | Mack | 2010 | 1M1AW02YXAN010688 | 50,066.53 |
| GFS46 | S | Mack | 2010 | 1M1AW02Y8AN010690 | 50,687.39 |
| GFS47 | S | Mack | 2010 | 1M1AW02Y1AN010689 | 50,525.09 |
| GFS48 | S | Mack | 2010 | 1M1AW02YXAM010700 | 50,361.00 |

**Green Fleet Systems, LLC**
**Transportation Vehicle Schedule**
**Exhibit B29**

| TRUCK # | Sleeper /Day Cab | MAKE | YEAR | VIN # | Estimated Market Value |
|---|---|---|---|---|---|
| 655 | S | Mack | 2010 | 1M1AW02Y6AN010686 | 50,800.18 |
| 668 | S | Mack | 2010 | 1M1AW02Y1AM010701 | 49,431.69 |
| 632 | S | Mack | 2010 | 1M1AW02Y5AN010694 | 50,634.26 |
| GFS49 | S | Mack | 2010 | 1M1AW0270AN010697 | 50,722.07 |
| | | | | | |
| 652 | S | Peterbilt | 2008 | 1XPHDB9X58N748954 | 56,119.20 |
| 667 | S | Peterbilt | 2008 | 1XPHDB9X18N748952 | 56,651.94 |
| | | | | | 3,360,919 |

B6D (Official Form 6D) (12/07)

In re    **Green Fleet Systems, LLC**                                                                  ,    Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Loan Agreement Dated 5/4/2010 | | | | | |
| **Crossroads Equipment Lease and Finance, LLC** **9121 Haven Ave., #270** **Rancho Cucamonga, CA 91730** | | - | | Trucks | | | | | |
| | | | | Value $              127,400.00 | | | | 73,320.00 | 0.00 |
| Account No. | | | | Loan and Security Agreement Dated 10/7/2013 | | | | | |
| **DSCH Capital/ Far West Capital** **4601 Spicewood Springs Rd.** **Building 2, Suite 200** **Austin, TX 78759** | | - | | Accounts Receivable | | | | | |
| | | | | Value $           2,631,020.00 | | | | 3,639,797.00 | 1,008,777.00 |
| Account No. | | | | Vehicle Loan Agreement Dated 1/16/2008 | | | | | |
| **Pacific Enterprise Bank (SBA)** **17748 Skypark Circle, Ste 100** **Irvine, CA 92614** | | - | | Trucks | | | | | |
| | | | | Value $           2,957,733.00 | | | | 2,764,109.00 | 0.00 |
| Account No. | | | | Vehicle Lease Agreement Dated 7/14/2014 | | | | | |
| **VFS Leasing Co.** **(Volvo Financial Services)** **7025 Albert Pick Rd., Ste 105** **Greensboro, NC 27402** | | - | | Trucks | | | | | |
| | | | | Value $              738,617.00 | | | | 524,373.00 | 0.00 |

|  __0__   continuation sheets attached | | Subtotal (Total of this page) | 7,001,599.00 | 1,008,777.00 |
|---|---|---|---|---|
| | | Total (Report on Summary of Schedules) | 7,001,599.00 | 1,008,777.00 |

B6E (Official Form 6E)  (04/13)

In re __**Green Fleet Systems, LLC**_____,    Case No. _____
                                        Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Sheet 1 of 4 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (04/13) - Cont.

In re  **Green Fleet Systems, LLC**                                    Case No. _____
                                    Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*Amounts are  subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Sheet 2 of 4 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6E (Official Form 6E) (04/13) - Cont.

In re  **Green Fleet Systems, LLC**                              Case No. _____
                    Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**
Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions above.*) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| California Employment Dev. Dept. P.O. Box 826880 - UIPCD, MIC 40 Sacramento, CA 94280 | | N A | For Notice Purposes Only | | | | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | |
| City of Carson 701 E Carson Street Carson, CA 90745 | | N A | For Notice Purposes Only | | | | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | |
| County of Los Angeles Kenneth Hahn Hall of Administration 500 W. Temple St. Room 225 Los Angeles, CA 90012-2770 | | N A | For Notice Purposes Only | | | | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Franchise Tax Board Bankruptcy Section, MS: A-340 P.O. Box 2952 Sacramento, CA 95812-2952 | | N A | For Notice Purposes Only | | | | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Internal Revnue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | N A | For Notice Purposes Only | | | | Unknown | Unknown | Unknown |
| | | | Subtotals: (Totals of this page) | | | | Unknown | | Unknown |
| | | | Total: (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | Unknown | | |
| | | | Totals: (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain | | | | | | Unknown |

Sheet 3 of 4 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (04/13) - Cont.

In re  **Green Fleet Systems, LLC**                                             Case No. _____

_____
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions above.*) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Liabilities and Related Data. | | | | | | | | | **Unknown** |

Sheet 4 of 4 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

B6F (Official Form 6F) (12/07)

In re   **Green Fleet Systems, LLC**                                        ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **A PLUS MOBILE MAINTENANCE** P.O. BOX 0643 BREA, CA 92822 | - | | | | | | 10,102.58 |
| Account No.  **A&R PALLETS** P.O. BOX 2961 Gardena, CA 90247 | - | | | | | | 10,164.00 |
| Account No.  **AALRR** 12800 CENTER COURT DRIVE STE 300 CERRITOS, CA 90703 | - | | | | | | 421,424.31 |
| Account No.  **ACCOUNTING PRINCIPALS** DEPT CH 14031 PALATINE, IL 60055 | - | | | | | | 433.95 |

| | | |
|---|---|---|
| __22__   continuation sheets attached | Subtotal (Total of this page) | 442,124.84 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Fleet Systems, LLC**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ALLIED BARTON SECURITY SERVICES**<br>**P.O. BOX 828854**<br>**PHILADELPHIA, PA 19182-8854** | - | | | | | | 312.00 |
| Account No. <br><br>**AMC DIESEL TRUCK REPAIR**<br>**648 WEST COWLES ST.**<br>**LONG BEACH, CA 90813** | - | | | | | | 8,498.62 |
| Account No. <br><br>**AMERICAN EXPRESS (-31004)**<br>**PO BOX 36000**<br>**3336-001**<br>**Fort Lauderdale, FL 33336-0001** | - | | | | | | 5,192.16 |
| Account No. <br><br>**AMERICAN EXPRESS (-93003)**<br>**PO BOX 360001**<br>**Fort Lauderdale, FL 33336-0001** | - | | | | | | 24,497.26 |
| Account No. <br><br>**Amilcar Cardona**<br>**3360 Hill St., Huntington Park**<br>**Huntington Park, CA 90255** | - | | Amilcar Cardona v. Green Fleet Systems, LLC; Case No. 0559569KR | X | X | X | Unknown |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **38,500.04**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Fleet Systems, LLC**                                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| AMR STAFFING INC P.O.BOX 105328 ATLANTA, GA 30348 | - | | | | | | | 39,686.80 |
| Account No. | | | | | | | | |
| AMTRUST NORTH AMERICA 200 SUPERIOR AVE. E., 21ST FLOOR Cleveland, OH 44114 | - | | | | | | | 29,905.00 |
| Account No. | | | | | | | | |
| ANTIMITE P.O. BOX 6578 Long Beach, CA 90806-6578 | - | | | | | | | 140.00 |
| Account No. | | | | | | | | |
| APM TERMINAL 2500 NAVY WAY ATTN:  PIER 400 DEMURRAGE DEPT TERMINAL ISLAND, CA 90731 | - | | | | | | | 3,663.00 |
| Account No. | | | | | | | | |
| ARAMARK UNIFORM SERVICES WEST LOCKBOX PO BOX 101179 PASADENA, CA 91189-0005 | - | | | | | | | 9,207.23 |

Sheet no. __2__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

82,602.03

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Fleet Systems, LLC**                                                    ,        Case No. _____
                                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| **AT&T (0610)** **PO BOX 5025** **CAROL STREAM, IL 60197-5025** | - | | | | | | | | 1,397.89 |
| Account No. | | | | | | | | | |
| **AT&T (4507)** **P.O. BOX 5019** **CAROL STREAM, IL 60197-5019** | - | | | | | | | | 1,858.33 |
| Account No. | | | | | | **Britt Ribar v. Green Fleet Systems, LLC; Case No. 415-2013-01235** | | | |
| **Britt Ribar** **960 Birchfield Drive** **Hinesville, GA 31313** | - | | | | | | X | X | X | Unknown |
| Account No. | | | | | | | | | |
| **BROOKS PRINTING** **3100 AIRWAY AVE.,** **STE 133** **COSTA MESA, CA 92626** | - | | | | | | | | 6,598.81 |
| Account No. | | | | | | | | | |
| **Bryan Wormell** **4501 SNELL AVE. #3203** **San Jose, CA 95136** | - | | | | | | | | 250,000.00 |

Sheet no. __**3**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

259,855.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Fleet Systems, LLC**                                          ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CALIFORNIA CARTAGE CO. P.O. BOX 92829 LONG BEACH, CA 90809 | | - | | | | | 119.97 |
| Account No. | | | | | | | |
| CAREFUSION ATTN: JOHN SPEER 75 NORTH FAIRWAY DR. VERNON HILLS, IL 60061 | | - | | | | | 165.00 |
| Account No. | | | | | | | |
| CENTERPOINTE PROPERTIES TRUST 2023 PAYSPHERE CIRCLE CHICAGO, IL 60674 | | - | | | | | 536,008.55 |
| Account No. | | | | | | | |
| CERIDIAN P.O. BOX 10989 NEWARK, NJ 07193 | | - | | | | | 380.80 |
| Account No. | | | | | | | |
| CHILO'S TIRE SERVICE 511 E. DIXON STREET COMPTON, CA 90222 | | - | | | | | 1,035.00 |

Sheet no. __4__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     537,709.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Fleet Systems, LLC**                                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **CLEAN ENERGY** **4675 MacArthur Court, Ste. 8** **00 Newport Beach, CA 92660** | - | | | | | | | 150,571.55 |
| Account No. | | | | | | | | |
| **CMA CGM AMERICA INC.** **5701 LAKE WRIGHT DRIVE** **NORFOLK, VA 23502** | - | | | | | | | 90.00 |
| Account No. | | | | | | | | |
| **CONTINENTAL BUILDING MAINENANCE INC.** **. 13316 MAPLEDALE ST.** **NORWALK, CA 90650** | - | | | | | | | 5,909.00 |
| Account No. | | | | | | | | |
| **CONTINENTAL INTERPRETING** **4175 E. LA PALMA  AVE.** **STE. 100** **ANAHEIM, CA 92807** | - | | | | | | | 4,500.00 |
| Account No. | | | | | | | | |
| **CROSSROADS EQUIPMENT LEASE & FINANCE** **P.O. BOX 51432** **LOS ANGELES, CA 90051** | - | | | | | | | 5,826.04 |

Sheet no. __5__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **166,896.59**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Fleet Systems, LLC**                                    ,        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CT CORPORATION <br> PO BOX 4349 <br> CAROL STREAM, IL 60197-4349** | - | | | | | | 730.00 |
| Account No. <br><br> **DAMON GALLA <br> 190 W. Cerritos Ave. <br> Anaheim, CA 92805** | - | | | | | | 878.33 |
| Account No. <br><br> **DIRECT CHASSISLINK <br> PO BOX 603061 <br> CHARLOTTE, NC 28260-3061** | - | | | | | | 28,513.80 |
| Account No. <br><br> **EATON'S TIRE SERVICE, INC. <br> 15319 VALLEY BLVD. <br> FONTANA, CA 92335** | - | | | | | | 581.21 |
| Account No. <br><br> **Eco-Flow Transportation, Inc. <br> 18735 South Ferris Place <br> Compton, CA 90220** | - | | Guaranty of Loan to TKS Leasing, LLC. | | | | 150,000.00 |

| | | |
|---|---|---|
| Sheet no. __6__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 180,703.34 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Fleet Systems, LLC**                                    ,    Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Eileen Hahn 221 EAST MAIN STREET Bath, PA 18014 | - | | | | | | | 450,000.00 |
| Account No. | | | | | | | | |
| EVERGREEN SHIPPING AGENCY (AMERICA) CORP 6021 KATELLA AVE., STE 200 CYPRESS, CA 90630 | - | | | | | | | 95.00 |
| Account No. | | | | | | | | |
| FAIRGROUNDS TRANSPORTATION, INC. P.O. BOX 10441 COSTA MESA, CA 92627 | - | | | | | | | 35.19 |
| Account No. | | | | | | | | |
| FANTASMA EXPRESS 11692 DARYL LANE GARDEN GROVE, CA 92840 | - | | | | | | | 410.87 |
| Account No. | | | | | | | | |
| FEDEX P.O. BOX 7221 PASADENA, CA 91109-7321 | - | | | | | | | 1,864.99 |

Sheet no. __7__ of __22__ sheets attached to Schedule of                          Subtotal                  452,406.05
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Fleet Systems, LLC**                                    ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**FLEXI-VAN LEASING**<br>**P.O. BOX 3228**<br>**BOSTON, MA 02241-3228** | - | | | | | | 4,366.80 |
| Account No.<br><br>**FLEXSTEEL INDUSTRIES, INC.**<br>**P.O. BOX 4607**<br>**RIVERSIDE, CA 92514-4607** | - | | | | | | 395.00 |
| Account No.<br><br>**GARY MOONEY**<br>**6711 Shetland Circle**<br>**Huntington Beach, CA 92648** | - | | | | | | 78.91 |
| Account No.<br><br>**GENERAL PETROLEUM CORPORATION**<br>**P.O. BOX 31001-1235**<br>**PASADENA, CA 91110-1235** | - | | | | | | 4,997.24 |
| Account No.<br><br>**GUARDIAN (458519)**<br>**PO BOX 677458**<br>**DALLAS, TX 75267-7458** | - | | | | | | 8,741.89 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     18,579.84

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Fleet Systems, LLC**                                              ,      Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| HANSON BRIDGETT LLP 425 MARKET STREET, 26TH FR SAN FRANCISCO, CA 94105 | - | | | | | | 27,750.37 |
| Account No. | | | | | | | |
| HARBOR DIVISION, INC. P.O. Box 682348 FRANKLIN, TN 37068 | - | | | | | | 4,785.00 |
| Account No. | | | | | | | |
| HEALTH NET FILE #52617 LOS ANGELES, CA 90074-2617 | - | | | | | | 34,190.74 |
| Account No. | | | | | | | |
| INLAND KENWORTH (US) INC 1202 EAST CARSON ST. CARSON, CA 90745 | - | | | | | | 4,125.54 |
| Account No. | | | | | | | |
| INTEGRATED TECHNOLOGY SYSTEMS 7071 WARNER AVE. #F754 HUNTINGTON BEACH, CA 92647 | - | | | | | | 210.84 |

| | | |
|---|---|---|
| Sheet no. __9__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 71,062.49 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Fleet Systems, LLC**                                    ,   Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **INTERMODAL SAFETY LEADERSHIP COUNCIL** P.O. BOX 3160 LAGUNA HILLS, CA 92654-3160 | - | | | | | | 1,000.00 |
| Account No. | | | | | | | |
| **INTERNATIONAL ASSET SYSTEMS LIMITED** 520 THIRD STREET, SUITE 101 OAKLAND, CA 94607 | | | | | | | 995.90 |
| Account No. | | | | | | | |
| **J.B. HUNT TRANSPORT, INC.** ATTN: CORPORATE SAFETY PO BOX 598 LOWELL, AR 72745 | - | | | | | | 459.18 |
| Account No. | | | Julio Salamanca v. Green Fleet Systems; Case No. 0560968KR | | | | |
| **Julio Salamanca** 3845 W. 135th St. Hawthorne, CA 90250 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **K & R TRANSPORTATION** P.O. BOX 92829 LONG BEACH, CA 90809-2829 | - | | | | | | 3,300.00 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,755.08

B6F (Official Form 6F) (12/07) - Cont.

In re  **Green Fleet Systems, LLC**                                        ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **K LINE** <br> **8730 STONY POINT PARKWAY** <br> **SUITE 400** <br> **RICHMOND, VA 23235** | - | | | | | | 340.00 |
| Account No. <br><br> **KIM HASSING ALLAN** <br> **26327 Senator Ave.** <br> **Harbor City, CA 90710** | - | | | | | | 3,172.97 |
| Account No. <br><br> **KOMATSU** <br> **P.O. BOX 749389** <br> **LOS ANGELES, CA 90074-9389** | - | | | | | | 1,059.05 |
| Account No. <br><br> **KONICA MINOLTA** <br> **P.O. BOX 100706** <br> **PASADENA, CA 91189-0706** | - | | | | | | 2,209.53 |
| Account No. <br><br> **LANUZA'S MOBILE WASH** <br> **P.O. BOX 5013** <br> **BELLFLOWER, CA 90707-5013** | - | | | | | | 24,840.00 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,621.55

B6F (Official Form 6F) (12/07) - Cont.

In re __Green Fleet Systems, LLC__ , Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| LOGFIRE, LLC PARKWAY SUITE 1060 ATLANTA, GA 30339 | - | | | | | | | 10,800.00 |
| Account No. | | | | | | | | |
| LOGISTEC/TTS 2736 TV ROAD PO BOX 13259 FLORENCE, SC 29504 | - | | | | | | | 250.00 |
| Account No. | | | | | | | | |
| M.C. WOODWORKS PALLETS ENTERPRISE P.O. BOX 54937 LOS ANGELES, CA 90054 | - | | | | | | | 463.25 |
| Account No. | | | | | | | | |
| MACK FINANCIAL SERVICES PO BOX 7247-0236 PHILADELPHIA, PA 19170-0236 | - | | | | | | | 59,828.21 |
| Account No. | | | | | | | | |
| MAERSK ATTN: PAYMENT SERVICES 3RD FLR SOUTH 9300 ARROWPOINT BLVD. CHARLOTTE, NC 28273 | - | | | | | | | 805.08 |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72,146.54

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Fleet Systems, LLC**                                         ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mateo Mares** <br> **14503 S. Lonnes Ave., Compton** <br> **Compton, CA 90220** | - | | | **Mateo Mares v. Green Fleet Systems, LLC; Case No. 0559570KR** | X | X | X | **Unknown** |
| Account No. <br><br> **MATSUNAGA LANDSCAPE MAINTENANCE** <br> **13262 CROMWELL DR.** <br> **TUSTIN, CA 92780** | - | | | | | | | **5,500.00** |
| Account No. <br><br> **MEDIA 360** <br> **110 PINE AVE. SUITE 800** <br> **LONG BEACH, CA 90802-4425** | - | | | | | | | **1,100.00** |
| Account No. <br><br> **MEDITERRANEAN SHIPPING COMPANY (USA) INC** <br> **PER DIEM DEPARTMENT** <br> **700 WATERMARK BLVD.** <br> **MT. PLEASANT, SC 29464** | - | | | | | | | **400.00** |
| Account No. <br><br> **MEXCAL TIRES** <br> **1333 W. 91ST STREET** <br> **LOS ANGELES, CA 90044** | - | | | | | | | **2,690.00** |

Sheet no. __13__ of __22__ sheets attached to Schedule of                                    Subtotal                      **9,690.00**
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Fleet Systems, LLC**                                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **MONSTER WORLDWIDE, INC. FILE 70104 LOS ANGELES, CA 90074-0104** | | | | | | | | **395.00** |
| Account No. | | - | | | | | | |
| **NATIONAL SAFETY COMPLIANCE, INC. P.O. BOX 3160 LAGUNA HILLS, CA 92654-3160** | | | | | | | | **10,885.00** |
| Account No. | | | | New Koosharem DBA Select Civil Litig. Staffing v. Green Fleet Systems, LLC; Case No. TCO28017 | | | | |
| **New Koosharem DBA Select Staffing Matthews Law Firm - Arturo Matthews 1801 Century Park East, 24th Floor Los Angeles, CA 90067** | | | | | X | X | X | **Unknown** |
| Account No. | | - | | | | | | |
| **NIPPON YUSEN KABUSHIKI KAISHA c/o NYK SERVICES NORTH AMERICA, INC PO BOX 3480 CORDOVA, TN 38088** | | | | | | | | **1,623.70** |
| Account No. | | - | | | | | | |
| **NISSAN MOTOR ACCEPTANCE CORPORATION P.O. BOX 660083 DALLAS, TX 75266-0083** | | | | | | | | **13,315.60** |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,219.30**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Fleet Systems, LLC**                                              ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| NMHG FINANCIAL SERVICES P.O. BOX 643749 PITTSBURGH, PA 15264-3749 | - | | | | | | | 3,586.56 |
| Account No. | | | | | | | | |
| OFFICE DEPOT CREDIT PLAN PO BOX 689020 DES MOINES, IA 50368 | - | | | | | | | 2,752.14 |
| Account No. | | | | | | | | |
| OGLETREE DEAKINS 400 SOUTH HOPE STREET, SUITE 1200 LOS ANGELES, CA 90071 | - | | | | | | | 45,854.28 |
| Account No. | | | | | | | | |
| PEPE'S TOW SERVICE 918 S. BOYLE AVE. LOS ANGELES, CA 90023 | - | | | | | | | 11,675.00 |
| Account No. | | | | | | | | |
| PITNEY BOWES GLOBAL FIANCIAL P.O. BOX 371887 PITTSBURGH, PA 15250-7887 | - | | | | | | | 224.71 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

64,092.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Fleet Systems, LLC** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **PURCHASE POWER** **P.O. BOX 371874** **PITTSBURGH, PA 15250-7874** | - | | | | | | | 1,472.40 |
| Account No. | | | | | | | | |
| **RAMON ARREDONDO** **8308 WILBERN STREET** **PARAMOUNT, CA 91723** | - | | | | | | | 1,189.16 |
| Account No. | | | | Reynaldo Estrada v. Green Fleet Systems, LLC; Case No. 0559568KR | | | | |
| **Reynaldo Estrada** **8439 E. Adams St. #2** **Paramount, CA 90723** | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **ROBERT LIVINGSTON** **8611 ACAPULCO CIRCLE** **HUNTINGTON BEACH, CA 92646** | - | | | | | | | 67,500.00 |
| Account No. | | | | Roberto Sandoval v. Green Fleet Systems, LLC; Case No. 0560526KR | | | | |
| **Roberto Sandoval** **444 East Morning Side Street** **Long Beach, CA 90805** | - | | | | X | X | X | Unknown |

Sheet no. __**16**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,161.56

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Fleet Systems, LLC**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **2030040063 & 2030047655**<br><br>**Securitas Security Services**<br>**4330 Park Terrace Drive**<br>**Westlake Village, CA 91361** | - | | | Security services for facility. | | | | 83,123.92 |
| Account No.<br><br>**SELECT EQUIPMENT SALES, INC.**<br>**6911 8TH STREET**<br>**BUENA PARK, CA 90620** | - | | | | | | | 2,783.77 |
| Account No.<br><br>**SELECT STAFFING**<br>**P.O. BOX 512007**<br>**LOS ANGELES, CA 90051-0007** | - | | | | | | | 36,824.40 |
| Account No.<br><br>**SOUTHERN CALIFORNIA EDISON**<br>**P.O. BOX 300**<br>**ROSEMEAD, CA 91772-0001** | - | | | | | | | 2,558.34 |
| Account No.<br><br>**SOUTHERN COUNTIES OIL**<br>**P.O. BOX 14237**<br>**ORANGE, CA 92863** | - | | | | | | | 275,978.74 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

401,269.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Fleet Systems, LLC**                                        ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **SPRINT BOX 4181 CAROL STREAM, IL 60197-4181** | - | | | | | | | 17,843.40 |
| Account No. | | | | | | | | |
| **STAPLES CREDIT PLAN P.O. BOX 689020 DES MOINES, IA 50368** | - | | | | | | | 1,779.30 |
| Account No. | | | | | | | | |
| **SUPER SECURE PACKAGING SUPPLIES 2420 S. EASTERN AVE . COMMERCE, CA 90040** | - | | | | | | | 8,029.90 |
| Account No. | | | | | | | | |
| **SWISHER HYGIENE FRANCHISE P.O. BOX 0389 HARBOR CITY, CA 90710-0389** | - | | | | | | | 990.07 |
| Account No. | | | | | | | | |
| **TALLEY & COMPANY 600 CITY PARKWAY WEST, SUITE 650 ORANGE, CA 92868** | - | | | | | | | 8,700.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                37,342.67

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Fleet Systems, LLC** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**TEC LEASING** <br>**PO BOX 11272** <br>**PORTLAND, OR 97211** | - | | | | | | 82,491.04 |
| Account No. <br><br>**TEC OF CALIFORNIA, INC.** <br>**. P.O. 11272** <br>**PORTLAND, OR 97211-0272** | - | | | | | | 39,030.63 |
| Account No. <br><br>**TED JOHNSON PROPANE** <br>**5140 ELTON STREET** <br>**BALDWIN PARK, CA 91706** | - | | | | | | 2,340.32 |
| Account No. <br><br>**TKS LEASING** <br>**20500 ALAMEDA ST** <br>**CARSON, CA 90221** | - | | | | | | 22,047.13 |
| Account No. <br><br>**TOBY SLAYMAN** <br>**21082 SHAW LANE** <br>**HUNTINGTON BEACH, CA 92646** | - | | | | | | 16,927.61 |

Sheet no. __**19**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

162,836.73

B6F (Official Form 6F) (12/07) - Cont.

In re    **Green Fleet Systems, LLC**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **TRAC INTERMODAL (AP)** **c/o US BANK** **PO BOX 952064** **ST. LOUIS, MO 63195** | - | | | | | | | 99,838.14 |
| Account No. | | | | | | | | |
| **TRES ESTRELLAS TIRE & LUBE, INC.** **1475 W. ANAHEIM ST.** **LONG BEACH, CA 90813** | - | | | | | | | 1,582.04 |
| Account No. | | | | | | | | |
| **TRICOM FIRE & ELECTRIC COMPANY** **P.O. BOX 7106** **ORANGE, CA 92863** | - | | | | | | | 1,883.25 |
| Account No. | | | | | | | | |
| **TRINIUM TECHNOLOGIES** **304 TEJON PLACE** **PALOS VERDES, CA 90274** | - | | | | | | | 11,170.00 |
| Account No. | | | | | | | | |
| **TRUJILLO MAINTENANCE SERVICE** **8980 KENDALL AVE.** **SOUTH GATE, CA 90280** | - | | | | | | | 1,420.00 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

115,893.43

B6F (Official Form 6F) (12/07) - Cont.

In re   **Green Fleet Systems, LLC**                                           ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| ULINE 2200 S. LAKESIDE DRIVE WAUKEGAN, IL 60085 | - | | | | | | | 5,379.17 |
| Account No. | | | | | | | | |
| UNITED ARAB AGENCIES INC. 5515 SPALDING DRIVE PEACHTREE CORNERS, GA 30092 | - | | | | | | | 2,140.00 |
| Account No. | | | | | | | | |
| UPS BOX 894820 LOS ANGELES, CA 90189 | - | | | | | | | 189.60 |
| Account No. | | | | | | | | |
| US LINES LLC 5701 LAKE WRIGHT DRIVE NORFOLK, VA 23502 | - | | | | | | | 1,815.00 |
| Account No. | | | | Walter Lozano v. Green Fleet Systems, LLC; Case No. 0556893KR | | | | |
| Walter Lozano 16218 Denver Ave. Gardena, CA 90248 | - | | | | X | X | X | Unknown |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,523.77

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Green Fleet Systems, LLC** _____,  Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **YANG MING (AMERICA) 13131 DAIRY ASHFORD RD, STE 300 SUGAR LAND, TX 77478** | | - | | | | | | 445.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 445.00 |
| | Total (Report on Summary of Schedules) | 3,257,437.06 |

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Green Fleet Systems, LLC**                                                    Case No.
_____
                              Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Abelina Tejada**<br>**13936 Yuron Ave H28**<br>**Hawthorne, CA 90250** | **Vehicle Lease Agreement by Independent Contractor - 598, Dated: 11/1/2011** |
| **Bismark Castillo**<br>**15414 Pioneer Blvd.**<br>**Norwalk, CA 90650** | **Vehicle Lease Agreement by Independent Contractor - 605, Dated: 11/1/2011** |
| **Carl V Newson**<br>**1465 Temple Ave**<br>**Long Beach, CA 90804** | **Vehicle Lease Agreement by Independent Contractor (SPBP Project) - 658, Dated: 11/1/2011** |
| **Carlos Garcia Alvarez**<br>**6102 Riverside Ave #C**<br>**Huntington Park, CA 90255** | **Vehicle Lease Agreement by Independent Contractor - 614, Dated: 11/1/2011** |
| **Centerpointe Properties Trust**<br>**1808 Swift Drive**<br>**Oak Brook, IL 60523** | **Real Estate Lease, Dated: 5/3/2012** |
| **Fidencio Sotelo**<br>**11827 Nava St.**<br>**Norwalk, CA 90650** | **Vehicle Lease Agreement by Independent Contractor - 536, Dated: 11/1/2011** |
| **Francisco Javier Gonzalez**<br>**21900 Martin Street SPC 7**<br>**Carson, CA 90745** | **Vehicle Lease Agreement by Independent Contractor - 147, Dated: 11/1/2011** |
| **Guillermo Lazo**<br>**425 S Catalina Ave #24**<br>**Los Angeles, CA 90020** | **Vehicle Lease Agreement by Independent Contractor - 606, Dated: 11/1/2011** |
| **Gustavo Rubio**<br>**2754 E 221st Place**<br>**Carson, CA 90810** | **Vehicle Lease Agreement by Independent Contractor - 472, Dated: 11/1/2011** |

Sheet 1 of 5 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6G (Official Form 6G) (12/07) - cont.

In re   **Green Fleet Systems, LLC**                                                Case No.
                                    Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIP CODE,<br>OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND<br>NATURE OF DEBTOR'S INTEREST. STATE<br>WHETHER LEASE IS FOR NONRESIDENTIAL<br>REAL PROPERTY.  STATE CONTRACT<br>NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Irvin Garcia<br>1124 E 33rd St<br>Signal Hill, CA 90755 | Vehicle Lease Agreement by Independent Contractor (SPBP Project) - 640, Dated: 11/1/2011 |
| Jorge H Garcia<br>652 W 87th<br>Los Angeles, CA 90044 | Vehicle Lease Agreement by Independent Contractor - 583, Dated: 11/1/2011 |
| Jorge J Quintana<br>10923 Little Lake<br>Downey, CA 90241 | Vehicle Lease Agreement by Independent Contractor (SPBP Project) - 669, Dated: 11/1/2011 |
| Jorge L Mayorga<br>3944 Rio Hondo Ave<br>Rosemead, CA 91770 | Vehicle Lease Agreement by Independent Contractor - 619, Dated: 11/1/2011 |
| Jose A Flores<br>416 E 61St<br>Los Angeles, CA 90003 | Vehicle Lease Agreement by Independent Contractor (SPBP Project) - 646, Dated: 11/1/2011 |
| Jose H Arias<br>7701 Compton Ave.<br>Los Angeles, CA 90001 | Vehicle Lease Agreement by Independent Contractor - 582, Dated: 11/1/2011 |
| Jose Ricardo Iraheta<br>15320 Wilton Place<br>Gardena, CA 90249 | Vehicle Lease Agreement by Independent Contractor - 620, Dated: 11/1/2011 |
| Josefina Mercado<br>4344 Maxson Rd<br>El Monte, CA 91732 | Vehicle Lease Agreement by Independent Contractor - 590, Dated: 11/1/2011 |
| Juan Carlos Batres<br>10022 Burl Ave.<br>Lennox, CA 90309 | Vehicle Lease Agreement by Independent Contractor - 255, Dated: 11/1/2011 |
| Julio C Alvarado<br>1334 E 21st St.<br>Los Angeles, CA 90001 | Vehicle Lease Agreement by Independent Contractor - 615, Dated: 11/1/2011 |
| Julio E Salamanca<br>3845 W 135th St.<br>Hawthorne, CA 90250 | Vehicle Lease Agreement by Independent Contractor - 440, Dated: 11/1/2011 |

Sheet 2 of 5 total sheets in Schedule of
Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07) - cont.

In re  **Green Fleet Systems, LLC**                                        Case No.

Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS,<br>INCLUDING ZIP CODE,<br>OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND<br>NATURE OF DEBTOR'S INTEREST. STATE<br>WHETHER LEASE IS FOR NONRESIDENTIAL<br>REAL PROPERTY.  STATE CONTRACT<br>NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| **Kadir Saavedra**<br>**7961 La Castana Way**<br>**Buena Park, CA 90620** | Vehicle Lease Agreement by Independent Contractor - 612,<br>Dated: 11/1/2011 |
| **Konica Minolta**<br>**CIT Finance LLC**<br>**10201 Centurion Pkwy N Ste 100**<br>**Jacksonville, FL 32256** | Photocopier equipment and maintenance contract, Dated:<br>4/11/2012 |
| **Logfire, LLC**<br>**100 Galleria Pkwy**<br>**Atlanta, GA 30339** | Warehouse Management Software License, Dated: 7/16/2012 |
| **Luis H Ochoa**<br>**3010 Cudahy**<br>**Huntington Park, CA 90255** | Vehicle Lease Agreement by Independent Contractor - 617,<br>Dated: 11/1/2011 |
| **Manuel Rosa**<br>**1247 E 87th St.**<br>**Los Angeles, CA 90002** | Vehicle Lease Agreement by Independent Contractor - 578,<br>Dated: 11/1/2011 |
| **Manuel Ulises Cardoza**<br>**7245 1/2 Motz St.**<br>**Paramount, CA 90723** | Vehicle Lease Agreement by Independent Contractor - 621,<br>Dated: 11/1/2011 |
| **Marco A Maravilla**<br>**2105 N Locust Ave**<br>**Compton, CA 90221** | Vehicle Lease Agreement by Independent Contractor (SPBP<br>Project) - 661, Dated: 11/1/2011 |
| **Martin J Sanoval**<br>**13011 Miller Ave**<br>**Norwalk, CA 90650** | Vehicle Lease Agreement by Independent Contractor - 610,<br>Dated: 11/1/2011 |
| **Miguel Pineda & Laura Hernandez**<br>**2148 N Bullis Rd**<br>**Compton, CA 90221** | Vehicle Lease Agreement by Independent Contractor (SPBP<br>Project) - 632 & 633, Dated: 11/1/2011 |
| **Neptali Guillen Toledo**<br>**8932 Alexander Ave. Apt. C**<br>**South Gilley, CA 90280** | Vehicle Lease Agreement by Independent Contractor - 631,<br>Dated: 11/1/2011 |

Sheet 3 of 5 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6G (Official Form 6G) (12/07) - cont.

In re   **Green Fleet Systems, LLC**                                                          Case No. _____

Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Nissan Motor Acceptance Corporation<br>240 North Prospect St.<br>Marango, IL 60152 | Equipment Lease Agreement #15891377 for Forklifts, Dated: 3/26/2013 |
| NMHG Finnacial Services, Inc<br>10 Riverview Dr<br>Danbury, CT 06810 | Equipment Lease Agreement #8718987001 for Forklifts, Dated: 2/21/2012 |
| Octavio Dominguez<br>308 N Cummings St.<br>Los Angeles, CA 90033 | Vehicle Lease Agreement by Independent Contractor - 348, Dated: 11/1/2011 |
| Patricia Lozano<br>16218 Denver St<br>Gardina, CA 90248 | Vehicle Lease Agreement by Independent Contractor - 611, Dated: 11/1/2011 |
| Pitney Bowes<br>27 Waterview Dr<br>Shelton, CT 06484 | Postage Machine Lease (Acc: 16150078869) |
| Remberto Argueta<br>4911 Florence Ave., Apt P<br>Bell, CA 90201 | Vehicle Lease Agreement by Independent Contractor - 597, Dated: 11/1/2011 |
| Robert Livingstone<br>8611 Acapulco Cir<br>Huntington Beach, CA 92646 | Consulting Agreement, Dated: 10/1/2009 |
| Roberto Sandoval<br>444 E Morningside<br>Long Beach, CA 90805 | Vehicle Lease Agreement by Independent Contractor - 354, Dated: 11/1/2011 |
| Santos M. Carpio<br>10112 Felton Ave. Apt 20<br>Ingelwood, CA 90221 | Vehicle Lease Agreement by Independent Contractor - 574, Dated: 11/1/2011 |
| Transco Leasing Co, Inc.<br>750 NE Columbia Blvd<br>Portland, OR 97211 | Operating Lease Agreement, Dated: 5/28/2009 |
| Trinium Technologies<br>304 Tejon Pl<br>Palos Verdes Estates, CA 90274 | Dispatch Management Software License, Dated: 2/15/2010 |

Sheet 4 of 5 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6G (Official Form 6G) (12/07) - cont.

In re   **Green Fleet Systems, LLC**                                                    Case No.
                          Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **VFS Leasing Company**<br>**7025 Albert Pick, Ste. 105**<br>**PO Box 26131**<br>**Greensboro, NC 27402-6131** | **Fair Market Value Purchase Option Agreement, Dated: 6/20/2012** |
| **Victor Manuel Hernandez**<br>**11302 Rosecran Rd**<br>**Norwalk, CA 90650** | **Vehicle Lease Agreement by Independent Contractor - 547, Dated: 11/1/2011** |

**\*Please take note that the inclusion herein of the above-listed agreements shall not be deemed to constitute an admission by the Debtor that such agreements are executory contracts, contracts, unexpired leases, or leases.  The Debtor is investigating the nature of these agreements and reserves all of its rights to contest the validity and/ or nature of any agreement listed in this Schedule G.**

Sheet 5 of 5 total sheets in Schedule of
Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Green Fleet Systems, LLC** _____,     Case No. _____

                                     Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary Mooney**<br>**6711 Shetland Circle**<br>**Huntington Beach, CA 92648** | **Pacific Enterprise Bank (SBA)**<br>**17748 Skypark Circle, Ste 100**<br>**Irvine, CA 92614** |
| **Gary Mooney**<br>**6711 Shetland Circle**<br>**Huntington Beach, CA 92648** | **DSCH Capital/ Far West Capital**<br>**4601 Spicewood Springs Rd.**<br>**Building 2, Suite 200**<br>**Austin, TX 78759** |
| **Kyle Mooney** | **Pacific Enterprise Bank (SBA)**<br>**17748 Skypark Circle, Ste 100**<br>**Irvine, CA 92614** |
| **Kyle Mooney** | **DSCH Capital/ Far West Capital**<br>**4601 Spicewood Springs Rd.**<br>**Building 2, Suite 200**<br>**Austin, TX 78759** |
| **Mooney Enterprises, Inc.** | **Pacific Enterprise Bank (SBA)**<br>**17748 Skypark Circle, Ste. 100**<br>**Irvine, CA 92614** |
| **Mooney Enterprises, Inc.** | **DSCH Capital/ Far West Capital**<br>**4601 Spicewood Springs Rd.**<br>**Building 2, Suite 200**<br>**Austin, TX 78759** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Francisco Javier Gonzalez**<br>**21900 Martin Street SPC 7**<br>**Carson, CA 90745** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Juan Carlos Batres**<br>**10022 Burl Ave.**<br>**Lennox, CA 90309** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Octavio Dominguez**<br>**308 N Cummings St.**<br>**Los Angeles, CA 90033** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Gustavo Rubio**<br>**2754 E 221st Place**<br>**Carson, CA 90810** |

**3**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Green Fleet Systems, LLC**                                        ,    Case No. _____
                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Fidencio Sotelo**<br>**11827 Nava St.**<br>**Norwalk, CA 90650** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Victor Manuel Hernandez**<br>**11302 Rosecran Rd**<br>**Norwalk, CA 90650** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Santos M. Carpio**<br>**10112 Felton Ave. Apt 20**<br>**Ingelwood, CA 90221** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Manuel Rosa**<br>**1247 E 87th St.**<br>**Los Angeles, CA 90002** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Jose H Arias**<br>**7701 Compton Ave.**<br>**Los Angeles, CA 90001** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Jorge H Garcia**<br>**652 W 87th**<br>**Los Angeles, CA 90044** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Josefina Mercado**<br>**4344 Maxson Rd**<br>**El Monte, CA 91732** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Remberto Argueta**<br>**4911 Florence Ave., Apt P**<br>**Bell, CA 90201** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Abelina Tejada**<br>**13936 Yuron Ave H28**<br>**Hawthorne, CA 90250** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Bismark Castillo**<br>**15414 Pioneer Blvd.**<br>**Norwalk, CA 90650** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Guillermo Lazo**<br>**425 S Catalina Ave #24**<br>**Los Angeles, CA 90020** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Martin J Sanoval**<br>**13011 Miller Ave**<br>**Norwalk, CA 90650** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Patricia Lozano**<br>**16218 Denver St**<br>**Gardina, CA 90248** |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Codebtors

In re   **Green Fleet Systems, LLC**                           ,     Case No.

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Kadir Saavedra**<br>**7961 La Castana Way**<br>**Buena Park, CA 90620** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Carlos Garcia Alvarez**<br>**6102 Riverside Ave #C**<br>**Huntington Park, CA 90255** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Julio C Alvarado**<br>**1334 E 21st St.**<br>**Los Angeles, CA 90001** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Luis H Ochoa**<br>**3010 Cudahy**<br>**Huntington Park, CA 90255** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Jorge L Mayorga**<br>**3944 Rio Hondo Ave**<br>**Rosemead, CA 91770** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Jose Ricardo Iraheta**<br>**15320 Wilton Place**<br>**Gardena, CA 90249** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Manuel Ulises Cardoza**<br>**7245 1/2 Motz St.**<br>**Paramount, CA 90723** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Neptali Guillen Toledo**<br>**8932 Alexander Ave. Apt. C**<br>**South Gilley, CA 90280** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Miguel Pineda & Laura Hernandez**<br>**2148 N Bullis Rd**<br>**Compton, CA 90221** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Irvin Garcia**<br>**1124 E 33rd St**<br>**Signal Hill, CA 90755** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Jose A Flores**<br>**416 E 61St**<br>**Los Angeles, CA 90003** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Carl V Newson**<br>**1465 Temple Ave**<br>**Long Beach, CA 90804** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Marco A Maravilla**<br>**2105 N Locust Ave**<br>**Compton, CA 90221** |

Sheet  **2**  of  **3**  continuation sheets attached to the Schedule of Codebtors

In re   **Green Fleet Systems, LLC**       ,      Case No. _____

                                  Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Jorge J Quintana**<br>**10923 Little Lake**<br>**Downey, CA 90241** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Julio E Salamanca**<br>**3845 W 135th St.**<br>**Hawthorne, CA 90250** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Roberto Sandoval**<br>**444 E Morningside**<br>**Long Beach, CA 90805** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **Pacific Enterprise Bank (SBA)**<br>**17748 Skypark Circle, Ste 100**<br>**Irvine, CA 92614** |
| **TKS Leasing, LLC**<br>**20500 Alameda St.**<br>**Long Beach, CA 90810** | **DSCH Capital/ Far West Capital**<br>**4601 Spicewood Springs Rd.**<br>**Building 2, Suite 200**<br>**Austin, TX 78759** |
| **Todd Mooney** | **Pacific Enterprise Bank (SBA)**<br>**17748 Skypark Circle, Ste 100**<br>**Irvine, CA 92614** |

Sheet   **3**   of   **3**   continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Green Fleet Systems, LLC**

Debtor(s)

Case No.

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**43**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February  2, 2015**

Signature  **/s/ Gary Mooney**

**Gary Mooney**
**President and Chief Executive Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California

In re  **Green Fleet Systems, LLC**                         Case No. _____
                                         Debtor(s)          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$16,877,435.00** | **FY 2012 (1/1/2012 to 12/31/2012, Combined with TKS Leasing, LLC)** |
| **$21,266,794.00** | **FY 2013 (1/1/2013 to 12/31/2013, Combined with TKS Leasing, LLC)** |
| **$17,640,241.00** | **FY 2014 (1/1/2014 to 12/31/2014, Combined with TKS Leasing, LLC)** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$351,494.00** | **Tractor Rental Revenue - FY 2012 (1/1/2012 to 12/30/2012)** |

B7 (Official Form 7) (04/13)
2

---

#### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **See Exhibit SOFA 3B** | | **$0.00** | **$0.00** |

None ☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **See Exhibit SOFA 3C** | | **$0.00** | **$0.00** |

---

#### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Reynoldo Estrada v. Green Fleet Systems, LLC;<br>Case No. 0559568KR** | **Employee<br>Litigation** | **Labor Commission, State of California<br>Division of Labor Standards<br>Enforcement; 300 Oceangate, #302<br>Long Beach, CA 90802** | **Pending** |
| **Walter Lozano v. Green Fleet Systems, LLC;<br>Case No. 0556893KR** | **Employee<br>Litigation** | **Labor Commission, State of California<br>Division of Labor Standards<br>Enforcement; 300 Oceangate, #302<br>Long Beach, CA 90802** | **Pending** |
| **Mateo Mares v. Green Fleet Systems, LLC; Case<br>No. 0559570KR** | **Employee<br>Litigation** | **Labor Commission, State of California<br>Division of Labor Standards<br>Enforcement; 300 Oceangate, #302<br>Long Beach, CA 90802** | **Pending** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Roberto Sandoval v. Green Fleet Systems, LLC; Case No. 0560526KR** | **Employee Litigation** | **Labor Commission, State of California Division of Labor Standards Enforcement; 300 Oceangate, #302 Long Beach, CA 90802** | **Pending** |
| **Amilcar Cardona v. Green Fleet Systems, LLC; Case No. 0559569KR** | **Employee Litigation** | **Labor Commission, State of California Division of Labor Standards Enforcement; 300 Oceangate, #302 Long Beach, CA 90802** | **Pending** |
| **Julio Salamanca v. Green Fleet Systems, LLC; Case No. 0560968KR** | **Employee Litigation** | **Labor Commission, State of California Division of Labor Standards Enforcement; 300 Oceangate, #302 Long Beach, CA 90802** | **Pending** |
| **New Koosharem d/b/a Select Staffing Civil Litigation Staffing v. Green Fleet Systems, LLC Case No. TCO28017** | **Complaint for (1) Account Stated, (2) Work, Labor & Services, (3) Open Book Account, (4) Unjust Enrichment** | **Superior Court of California, County of Los Angeles 200 West Compton Blvd. Compton, CA 90220** | **Filed 12/5/2014. Pending.** |
| **Britt Ribar v. Green Fleet Systems, LLC; Case No. 415-2013-01235** | **Employee Discrimination** | **U.S. Equal Employment Opportunity Commission; 401 Mall Blvd., Ste G, Savannah, GA 31406-4821** | **Pending** |
| **CenterPointe Properties Trust v. Green Fleet Systems, LLC Case No. TC028046** | **Complaint for Unlawful Detainer** | **Superior Court of California, County of Los Angeles 200 West Compton Blvd. Compton, CA 90220** | **Filed 1/15/2015. Pending.** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)
4

| None | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|
| ■ | |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

| None | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|
| ■ | |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

| None | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|
| ■ | |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

| None | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |
|---|---|
| ☐ | |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Avant Advisory Group**<br>**601 S. Figueroa St., Ste. 4050**<br>**Los Angeles, CA 90017** | | **$41,000** |
| **Levene, Neale, Bender, Yoo & Brill**<br>**1250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067** | | **$56,909.45** |

**10. Other transfers**

| None | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|
| ■ | |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

B7 (Official Form 7) (04/13)
5

None    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
☐      trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11.  Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
■      otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

### 12.  Safe deposit boxes

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
■      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13.  Setoffs

None    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
■      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14.  Property held for another person

None    List all property owned by another person that the debtor holds or controls.
■

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

### 15.  Prior address of debtor

None    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
■      occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

### 16.  Spouses and Former Spouses

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
■      Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■     or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■     Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■     the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■     ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | | ADDRESS |
|---|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

#### 19. Books, records and financial statements

None
☐
  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kyle Mooney**<br>**20500 Alameda St.**<br>**Carson, CA 90810** | **2008 to Present** |

None
■
  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐
  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Kyle Mooney** | **20500 Alameda St.**<br>**Carson, CA 90810** |
| **Talley & Company** | **600 City Parkway West #650**<br>**Orange, CA 92868** |

None
☐
  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Crossroads Equipment Lease & Finance LLC**<br>**9121 Haven Ave., #270**<br>**Rancho Cucamonga, CA 91730** | **Various Dates** |
| **DSCH Capital Partners, LLC**<br>**DBA Far West Capital**<br>**4601 Spicewood Springs Rd.**<br>**Building 2, Suite 200**<br>**Austin, TX 78759** | **Various Dates** |
| **Total Transportation Services, Inc.**<br>**18735 South Ferris place**<br>**Rancho Dominguez, CA 90220** | **Various Dates** |
| **Transco Leasing Co., Inc. (Mack Leasing)**<br>**750 NE Columbia Blvd.**<br>**Portland, OR 97211** | **Various Dates** |
| **VFS Leasing Co.**<br>**(Volvo Financial Services)**<br>**7025 Albert Pick Rd., Ste 105**<br>**Greensboro, NC 27402** | **Various Dates** |

B7 (Official Form 7) (04/13)
8

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Gary Mooney**<br>**20500 Alameda St.**<br>**Carson, CA 90810** | **President and Chief Executive Officer** | |
| **Kyle Mooney**<br>**20500 Alameda St.**<br>**Carson, CA 90810** | **Chief Financial Officer** | |
| **Mooney Enterprises, Inc.**<br>**20500 Alameda St.**<br>**Carson, CA 90810** | **Shareholder** | **100%** |
| **Eileen Hahn** | **Investor** | |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Exhibit to SOFA 3C** | | |

---

B7 (Official Form 7) (04/13)
9

---

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION

**Mooney Enterprises, Inc.**
**20500 Alameda St.**
**Carson, CA 90810**

TAXPAYER IDENTIFICATION NUMBER (EIN)

**42-1741872**

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February  2, 2015**

Signature  **/s/ Gary Mooney**

**Gary Mooney**
**President and Chief Executive Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**SOFA 3b - Payments Made to Creditors within 90 Days of Commencement of this Case**

| Name of Creditor | Address | Dates of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|---|
| AALRR | AALRR 12800 CENTER COURT DRIVE STE 300 CERRITOS, CA 90703 | 11/7/2014 | 10,000.00 | 421,424.31 |
| AALRR | AALRR 12800 CENTER COURT DRIVE STE 300 CERRITOS, CA 90703 | 12/5/2014 | 10,000.00 | 421,424.31 |
| AMR STAFFING INC | AMR STAFFING INC P.O.BOX 105328 ATLANTA, GA.  30348 | 12/26/2014 | 11,871.93 | 39,686.80 |
| AMR STAFFING INC | AMR STAFFING INC P.O.BOX 105328 ATLANTA, GA.  30348 | 1/23/2015 | 9,227.65 | 39,686.80 |
| AMR STAFFING INC | AMR STAFFING INC P.O.BOX 105328 ATLANTA, GA.  30348 | 12/19/2014 | 6,344.09 | 39,686.80 |
| AMR STAFFING INC | AMR STAFFING INC P.O.BOX 105328 ATLANTA, GA.  30348 | 12/12/2014 | 6,271.98 | 39,686.80 |
| CITI CARDS |  | 12/10/2014 | 17,830.68 | - |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 11/28/2014 | 14,742.11 | 150,571.55 |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 1/9/2015 | 13,059.23 | 150,571.55 |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 1/26/2015 | 13,033.83 | 150,571.55 |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 1/22/2015 | 12,779.21 | 150,571.55 |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 12/30/2014 | 12,757.24 | 150,571.55 |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 1/13/2015 | 12,549.84 | 150,571.55 |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 12/9/2014 | 12,532.40 | 150,571.55 |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 11/14/2014 | 12,321.90 | 150,571.55 |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 12/11/2014 | 12,255.49 | 150,571.55 |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 1/9/2015 | 11,937.81 | 150,571.55 |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 12/22/2014 | 11,377.07 | 150,571.55 |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 12/2/2014 | 11,374.65 | 150,571.55 |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 12/5/2014 | 11,269.55 | 150,571.55 |
| CLEAN ENERGY | CLEAN ENERGY 4675 MacArthur Court, Ste. 800 Newport Beach, CA 92660 | 1/19/2015 | 10,712.48 | 150,571.55 |
| COMMERICAL CARRIERS | P.O. BOX 3190 CERRITOS, CA 90703 | 11/20/2014 | 16,487.00 | - |
| COMMERICAL CARRIERS | P.O. BOX 3190 CERRITOS, CA 90704 | 1/7/2015 | 16,487.00 | - |
| COMMERICAL CARRIERS | P.O. BOX 3190 CERRITOS, CA 90705 | 1/13/2015 | 16,487.00 | - |
| COMMERICAL CARRIERS | P.O. BOX 3190 CERRITOS, CA 90706 | 1/21/2015 | 16,487.00 | - |
| COMMERICAL CARRIERS | P.O. BOX 3190 CERRITOS, CA 90707 | 1/22/2015 | 13,201.70 | - |
| COMMERICAL CARRIERS | P.O. BOX 3190 CERRITOS, CA 90708 | 11/5/2014 | 9,476.34 | - |
| COMMERICAL CARRIERS | P.O. BOX 3190 CERRITOS, CA 90709 | 11/17/2014 | 9,476.34 | - |
| COMMERICAL CARRIERS | P.O. BOX 3190 CERRITOS, CA 90710 | 1/7/2015 | 9,476.34 | - |
| COMMERICAL CARRIERS | P.O. BOX 3190 CERRITOS, CA 90711 | 12/5/2014 | 9,460.00 | - |
| CREDITORS ADJUSTMENT BUR | 14226 VENTURA BLVD SHERMAN OAKS, CA 91423 | 11/10/2014 | 10,000.00 | - |
| CREDITORS ADJUSTMENT BUR | 14226 VENTURA BLVD SHERMAN OAKS, CA 91423 | 1/7/2015 | 6,685.05 | - |
| DIRECT CHASSISLINK | DIRECT CHASSISLINK PO BOX 603061 CHARLOTTE, NC 28260-3061 | 1/23/2015 | 15,423.85 | 28,513.80 |
| DIRECT CHASSISLINK | DIRECT CHASSISLINK PO BOX 603061 CHARLOTTE, NC 28260-3061 | 1/8/2015 | 8,766.35 | 28,513.80 |
| DIRECT CHASSISLINK | DIRECT CHASSISLINK PO BOX 603061 CHARLOTTE, NC 28260-3061 | 1/29/2015 | 7,492.40 | 28,513.80 |

| | | | | |
|---|---|---|---|---|
| DMV RENEWAL | P.O. BOX 942897 SACRAMENTO, CA 94297 | 12/26/2014 | 36,188.00 | - |
| DMV RENEWAL | P.O. BOX 942897 SACRAMENTO, CA 94297 | 1/27/2015 | 8,736.00 | - |
| DMV RENEWAL | P.O. BOX 942897 SACRAMENTO, CA 94297 | 11/18/2014 | 8,145.00 | - |
| FLEXI-VAN LEASING | FLEXI-VAN LEASING P.O. BOX 3228 BOSTON, MA 02241-3228 | 12/19/2014 | 8,750.75 | 4,366.80 |
| FLEXI-VAN LEASING | FLEXI-VAN LEASING P.O. BOX 3228 BOSTON, MA 02241-3228 | 12/23/2014 | 6,674.00 | 4,366.80 |
| GARY MOONEY | GARY MOONEY | 1/9/2015 | 14,794.30 | 78.91 |
| GREEN FLEET SYSTEMS - PAYR | 20500 ALAMEDA STREET CARSON, CA 90810 | 12/2/2014 | 20,000.00 | - |
| GREEN FLEET SYSTEMS - PAYR | 20500 ALAMEDA STREET CARSON, CA 90810 | 1/21/2015 | 15,290.13 | - |
| GUARDIAN (458519) | GUARDIAN PO BOX 677458 DALLAS, TX 75267-7458 | 11/28/2014 | 8,835.31 | 8,741.89 |
| HEALTH NET | HEALTH NET FILE #52617 LOS ANGELES, CA 90074-2617 | 11/28/2014 | 37,303.99 | 34,190.74 |
| HEALTH NET | HEALTH NET FILE #52617 LOS ANGELES, CA 90074-2617 | 1/29/2015 | 36,543.76 | 34,190.74 |
| HEALTH NET | HEALTH NET FILE #52617 LOS ANGELES, CA 90074-2617 | 1/5/2015 | 35,530.12 | 34,190.74 |
| MACK FINANCIAL SERVICES | MACK FINANCIAL SERVICES PO BOX 7247-0236 PHILADELPHIA, PA 19170-0236 | 1/7/2015 | 30,861.89 | 59,828.21 |
| MACK FINANCIAL SERVICES | MACK FINANCIAL SERVICES PO BOX 7247-0236 PHILADELPHIA, PA 19170-0236 | 11/14/2014 | 8,046.20 | 59,828.21 |
| MOONEY ENTERPRISES, INC. | 20500 ALAMEDA STREET CARSON, CA 90810 | 1/15/2015 | 37,910.20 | - |
| MOONEY ENTERPRISES, INC. | 20500 ALAMEDA STREET CARSON, CA 90810 | 12/2/2014 | 36,000.89 | - |
| MOONEY ENTERPRISES, INC. | 20500 ALAMEDA STREET CARSON, CA 90810 | 12/17/2014 | 36,000.89 | - |
| MOONEY ENTERPRISES, INC. | 20500 ALAMEDA STREET CARSON, CA 90810 | 11/4/2014 | 35,204.02 | - |
| MOONEY ENTERPRISES, INC. | 20500 ALAMEDA STREET CARSON, CA 90810 | 11/17/2014 | 35,204.02 | - |
| MOONEY ENTERPRISES, INC. | 20500 ALAMEDA STREET CARSON, CA 90810 | 1/7/2015 | 14,000.00 | - |
| SECURITAS SECURITY SERVICES | SECURITAS SECURITY SERVICES USA, INC. FILE 57220 LOS ANGELES, CA 90074-72 | 1/9/2015 | 14,794.30 | 83,123.92 |
| SECURITAS SECURITY SERVICES | SECURITAS SECURITY SERVICES USA, INC. FILE 57220 LOS ANGELES, CA 90074-72 | 12/5/2014 | 6,711.97 | 83,123.92 |
| SECURITAS SECURITY SERVICES | SECURITAS SECURITY SERVICES USA, INC. FILE 57220 LOS ANGELES, CA 90074-72 | 11/6/2014 | 6,453.30 | 83,123.92 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 11/19/2014 | 9,894.33 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 11/3/2014 | 9,621.89 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 11/25/2014 | 9,212.99 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 11/12/2014 | 8,559.94 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 12/3/2014 | 8,030.13 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 12/30/2014 | 7,822.93 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 11/20/2014 | 7,797.26 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 1/26/2015 | 7,650.89 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 11/7/2014 | 7,403.10 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 11/13/2014 | 7,303.17 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 11/6/2014 | 7,139.48 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 1/8/2015 | 7,071.41 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 11/26/2014 | 6,906.24 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 1/23/2015 | 6,639.49 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 11/10/2014 | 6,631.43 | 275,978.74 |

| | | | | |
|---|---|---|---|---|
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 12/12/2014 | 6,627.50 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 1/16/2015 | 6,600.96 | 275,978.74 |
| SOUTHERN COUNTIES OIL | SOUTHERN COUNTIES OIL P.O. BOX 14237 ORANGE, CA 92863 | 12/1/2014 | 6,441.12 | 275,978.74 |
| SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197-4181 | 1/26/2015 | 9,622.59 | 17,843.40 |
| SPRINT | SPRINT PO BOX 4181 CAROL STREAM, IL 60197-4181 | 12/22/2014 | 8,466.54 | 17,843.40 |
| TEC LEASING | TEC LEASING PO BOX 11272 PORTLAND, OR 97211 | 12/5/2014 | 13,741.00 | 82,491.04 |
| TEC LEASING | TEC LEASING PO BOX 11272 PORTLAND, OR 97211 | 12/19/2014 | 6,591.82 | 82,491.04 |
| TRAC INTERMODAL (AP) | TRAC INTERMODAL c/o US BANK PO BOX 952064 ST. LOUIS, MO 63195 | 12/19/2014 | 8,915.72 | 99,838.14 |
| TRAC INTERMODAL (AP) | TRAC INTERMODAL c/o US BANK PO BOX 952064 ST. LOUIS, MO 63195 | 1/15/2015 | 8,915.72 | 99,838.14 |
| TRAC INTERMODAL (AP) | TRAC INTERMODAL c/o US BANK PO BOX 952064 ST. LOUIS, MO 63195 | 1/15/2015 | 8,915.72 | 99,838.14 |
| TRAC INTERMODAL (AP) | TRAC INTERMODAL c/o US BANK PO BOX 952064 ST. LOUIS, MO 63195 | 1/29/2015 | 8,915.72 | 99,838.14 |
| TRAC INTERMODAL (AP) | TRAC INTERMODAL c/o US BANK PO BOX 952064 ST. LOUIS, MO 63195 | 11/7/2014 | 8,915.02 | 99,838.14 |
| TRAC INTERMODAL (AP) | TRAC INTERMODAL c/o US BANK PO BOX 952064 ST. LOUIS, MO 63195 | 11/14/2014 | 8,915.02 | 99,838.14 |
| TRAC INTERMODAL (AP) | TRAC INTERMODAL c/o US BANK PO BOX 952064 ST. LOUIS, MO 63195 | 12/5/2014 | 8,915.02 | 99,838.14 |
| TRINIUM TECHNOLOGIES | TRINIUM TECHNOLOGIES 304 TEJON PLACE PALOS VERDES, CA 90274 | 11/21/2014 | 6,478.75 | 11,170.00 |
| AMTRUST | AMTRUST NORTH AMERICA 200 SUPERIOR AVE. E., 21ST FLOOR CLEVELAND, OH | 11/10/2014 | 29,905.00 | 29,905.00 |
| AMTRUST | AMTRUST NORTH AMERICA 200 SUPERIOR AVE. E., 21ST FLOOR CLEVELAND, OH | 1/12/2015 | 29,905.00 | 29,905.00 |
| AMTRUST | AMTRUST NORTH AMERICA 200 SUPERIOR AVE. E., 21ST FLOOR CLEVELAND, OH | 12/10/2014 | 29,905.00 | 29,905.00 |
| AMERICAN EXPRESS | AMERICAN EXPRESS (-31004) PO BOX 360001 FORT LAUDERDALE, FL 3336-001 | 1/20/2015 | 12,640.13 | 24,497.26 |
| AMERICAN EXPRESS | AMERICAN EXPRESS (-31004) PO BOX 360001 FORT LAUDERDALE, FL 3336-001 | 12/2/2014 | 11,673.27 | 5,192.16 |
| AMERICAN EXPRESS | AMERICAN EXPRESS (-31004) PO BOX 360001 FORT LAUDERDALE, FL 3336-001 | 11/10/2014 | 11,000.00 | 5,192.16 |
| AMERICAN EXPRESS | AMERICAN EXPRESS (-31004) PO BOX 360001 FORT LAUDERDALE, FL 3336-001 | 1/16/2015 | 10,000.00 | 24,497.26 |
| AMERICAN EXPRESS | AMERICAN EXPRESS (-31004) PO BOX 360001 FORT LAUDERDALE, FL 3336-001 | 12/19/2014 | 8,437.82 | 24,497.26 |

**Exhibit to SOFA 3C: Payments made within one year preceding commencement of this case to creditors who are or were insiders**

| Creditor/ Insider | Relationship to Debtor | Dates of Payment | Amount Paid | Type of Payment |
|---|---|---|---|---|
| Gary Mooney | President/ CEO | 2/3/2014 | $ 2,017.00 | Reimbursement for fuel expense in Savannah, GA.  The Debtor used Gary Mooney's debit card to pay through Western Union. |
| Gary Mooney | President/ CEO | 2/6/2014 | $ 2,017.00 | Reimbursement for fuel expense in Savannah, GA.  The Debtor used Gary Mooney's debit card to pay through Western Union. |
| Gary Mooney | President/ CEO | 2/12/2014 | $ 2,017.00 | Reimbursement for fuel expense in Savannah, GA.  The Debtor used Gary Mooney's debit card to pay through Western Union. |
| Gary Mooney | President/ CEO | 2/12/2014 | $ 2,017.00 | Reimbursement for fuel expense in Savannah, GA.  The Debtor used Gary Mooney's debit card to pay through Western Union. |
| Gary Mooney | President/ CEO | 2/13/2014 | $ 2,017.00 | Reimbursement for fuel expense in Savannah, GA.  The Debtor used Gary Mooney's debit card to pay through Western Union. |
| Gary Mooney | President/ CEO | 2/26/2014 | $ 2,017.00 | Reimbursement for fuel expense in Savannah, GA.  The Debtor used Gary Mooney's debit card to pay through Western Union. |
| Gary Mooney | President/ CEO | 2/28/2014 | $ 2,180.66 | Expense reimbursements. |
| Gary Mooney | President/ CEO | 3/9/2014 | $ 2,017.00 | Reimbursement for fuel expense in Savannah, GA.  The Debtor used Gary Mooney's debit card to pay through Western Union. |
| Gary Mooney | President/ CEO | 3/14/2014 | $ 3,671.69 | Expense reimbursements |
| Gary Mooney | President/ CEO | 3/14/2014 | $ 2,017.00 | Reimbursement for fuel expense in Savannah, GA.  The Debtor used Gary Mooney's debit card to pay through Western Union. |
| Gary Mooney | President/ CEO | 3/18/2014 | $ 2,017.00 | Reimbursement for fuel expense in Savannah, GA.  The Debtor used Gary Mooney's debit card to pay through Western Union. |
| Gary Mooney | President/ CEO | 3/20/2014 | $ 2,017.00 | Reimbursement for fuel expense in Savannah, GA.  The Debtor used Gary Mooney's debit card to pay through Western Union. |
| Gary Mooney | President/ CEO | 4/1/2014 | $ 6,195.23 | Expense reimbursements |
| Gary Mooney | President/ CEO | 4/29/2014 | $ 200.00 | Reimbursement for business operations expense.  Gary Mooney paid for these business expenses in cash. |
| Gary Mooney | President/ CEO | 5/2/2014 | $ 1,400.22 | Expense reimbursements |
| Gary Mooney | President/ CEO | 5/7/2014 | $ 2,017.00 | Reimbursement for fuel expense in Savannah, GA.  The Debtor used Gary Mooney's debit card to pay through Western Union. |
| Gary Mooney | President/ CEO | 5/9/2014 | $ 5,000.00 | Reimbursement of previous years' expenses for start up of Warehouse Management Software.  Paid with Gary Mooney's personal credit card. |
| Gary Mooney | President/ CEO | 5/23/2014 | $ 3,654.17 | Expense reimbursements |
| Gary Mooney | President/ CEO | 6/2/2014 | $ 130.00 | Expense reimbursements |
| Gary Mooney | President/ CEO | 6/25/2014 | $ 5,000.00 | Reimbursement of previous years' expenses for start up of Warehouse Management Software.  Paid with Gary Mooney's personal credit card. |
| Gary Mooney | President/ CEO | 6/30/2014 | $ 4,550.33 | Expense reimbursements |
| Gary Mooney | President/ CEO | 7/21/2014 | $ 10,000.00 | Reimbursement of previous years' expenses for start up of Warehouse Management Software.  Paid with Gary Mooney's personal credit card. |
| Gary Mooney | President/ CEO | 8/1/2014 | $ 2,130.46 | Expense reimbursements |
| Gary Mooney | President/ CEO | 8/29/2014 | $ 1,329.26 | Expense reimbursements |
| Gary Mooney | President/ CEO | 9/26/2014 | $ 3,581.84 | Expense reimbursements |
| Gary Mooney | President/ CEO | 11/1/2014 | $ 916.61 | Expense reimbursements |
| Gary Mooney | President/ CEO | 11/14/2014 | $ 40.00 | Expense reimbursements |
| Gary Mooney | President/ CEO | 12/1/2014 | $ 38.91 | Expense reimbursements |
| Gary Mooney | President/ CEO | 1/9/2015 | $ 14,794.30 | Reimbursement for Security Service.  Gary Mooney obtained a cashier's check to pay the security service. |
| Eileen Hahn | Investor/ Sister of Gary M | 3/1/2014 | $ 11,250.00 | Interest on sub debt |
| Eileen Hahn | Investor/ Sister of Gary M | 6/1/2014 | $ 7,500.00 | Interest on sub debt |
| Eileen Hahn | Investor/ Sister of Gary M | 6/1/2014 | $ 3,750.00 | Interest on sub debt |
| Eileen Hahn | Investor/ Sister of Gary M | 9/1/2014 | $ 7,500.00 | Interest on sub debt |
| Eileen Hahn | Investor/ Sister of Gary M | 9/1/2014 | $ 3,750.00 | Interest on sub debt |
| Kyle Mooney | CFO | 2/7/2014 | $ 3,000.00 | Compensation.  Disclosed in Insider Compensation Declaration and W2. |
| Kyle Mooney | CFO | 2/21/2014 | $ 2,017.00 | Compensation.  Disclosed in Insider Compensation Declaration and W2. |
| Kyle Mooney | CFO | 2/21/2014 | $ 2,000.00 | Compensation.  Disclosed in Insider Compensation Declaration and W2. |
| Kyle Mooney | CFO | 2/21/2014 | $ 4,000.00 | Compensation.  Disclosed in Insider Compensation Declaration and W2. |
| Kyle Mooney | CFO | 2/28/2014 | $ 2,017.00 | Compensation.  Disclosed in Insider Compensation Declaration and W2. |
| Kyle Mooney | CFO | 4/4/2014 | $ 2,000.00 | Compensation.  Disclosed in Insider Compensation Declaration and W2. |
| Kyle Mooney | CFO | 8/21/2014 | $ 500.00 | Compensation.  Disclosed in Insider Compensation Declaration and W2. |
| Kyle Mooney | CFO | 12/4/2014 | $ 1,836.00 | Compensation.  Disclosed in Insider Compensation Declaration and W2. |
| Kyle Mooney | CFO | 1/2/2015 | $ 1,839.00 | Compensation.  Disclosed in Insider Compensation Declaration and W2. |

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)  1998 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br><br>**Green Fleet Systems, LLC**<br><br>Debtor. | Case No.: |
| | **DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 56,909.45 |
| Prior to the filing of this statement I have received | $ 56,909.45 |
| Balance Due | $ 0.00 |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

      **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

      **\*This sum reflects the amount of retainer paid by the Debtor to LNBYB prior to the filing of the Debtor's bankruptcy case.  The unused portion of the retainer remaining at the time of the Debtor's bankruptcy filing is an**

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)**    **1998 USBC, Central District of California**

**advanced fee payment retainer which will be maintained in a segregated trust account, and which will be paid to LNBYB in accordance with an order of the Bankruptcy Court. The Debtor will be liable to, and LNBYB will be paid from the estate, for all post-petition fees and expenses in excess of the retainer.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services
      **Matters which are outside of LNBYB's specialization**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February  2, 2015** | **/s/ David L. Neale** |
| *Date* | **David L. Neale 141225** |
| | *Signature of Attorney* |
| | **Levene, Neale, Bender, Yoo & Brill LLP** |
| | *Name of Law Firm* |
| | **10250 Constellation Blvd.** |
| | **Suite 1700** |
| | **Los Angeles, CA 90067** |
| | **(310) 229-1234** |

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**David L. Neale**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **141225** | FOR COURT USE ONLY |
|---|---|

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for Debtor(s):*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **Green Fleet Systems, LLC**<br><br><br><br><br><br><br><br>                                             Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br><hr><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |
|---|---|

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __16__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:   **February  2, 2015**          /s/ **Gary Mooney**
                                    Debtor's signature

Date: _____          _____
                                    Joint Debtor's signature (if applicable)

Date: _____          _____
                                    Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                        **F 1007-1.MAILING.LIST.VERIFICATION**

Green Fleet Systems, LLC
20500 Alameda St.
Carson, CA 90810


David L. Neale
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017


A PLUS MOBILE MAINTENANCE
P.O. BOX 0643
BREA, CA 92822


A&R PALLETS
P.O. BOX 2961
Gardena, CA 90247


AALRR
12800 CENTER COURT DRIVE
STE 300
CERRITOS, CA 90703


ACCOUNTING PRINCIPALS
DEPT CH 14031
PALATINE, IL 60055


ALLIED BARTON SECURITY SERVICES
P.O. BOX 828854
PHILADELPHIA, PA 19182-8854

AMC DIESEL TRUCK REPAIR
648 WEST COWLES ST.
LONG BEACH, CA 90813


AMERICAN EXPRESS  -31004
PO BOX 36000
3336-001
Fort Lauderdale, FL 33336-0001


AMERICAN EXPRESS  -93003
PO BOX 360001
Fort Lauderdale, FL 33336-0001


Amilcar Cardona
3360 Hill St., Huntington Park
Huntington Park, CA 90255


AMR STAFFING INC
P.O.BOX 105328
ATLANTA, GA 30348


AMTRUST NORTH AMERICA
200 SUPERIOR AVE. E., 21ST FLOOR
Cleveland, OH 44114


ANTIMITE
P.O. BOX 6578
Long Beach, CA 90806-6578


APM TERMINAL
2500 NAVY WAY
ATTN:  PIER 400 DEMURRAGE DEPT
TERMINAL ISLAND, CA 90731

ARAMARK UNIFORM SERVICES
WEST LOCKBOX
PO BOX 101179
PASADENA, CA 91189-0005


AT&T  0610
PO BOX 5025
CAROL STREAM, IL 60197-5025


AT&T  4507
P.O. BOX 5019
CAROL STREAM, IL 60197-5019


Britt Ribar
960 Birchfield Drive
Hinesville, GA 31313


BROOKS PRINTING
3100 AIRWAY AVE.,
STE 133
COSTA MESA, CA 92626


Bryan Wormell
4501 SNELL AVE. #3203
San Jose, CA 95136


CALIFORNIA  CARTAGE CO.
P.O. BOX 92829
LONG BEACH, CA 90809


California Employment Dev. Dept.
P.O. Box 826880 - UIPCD, MIC 40
Sacramento, CA 94280

CAREFUSION
ATTN: JOHN
SPEER 75 NORTH FAIRWAY DR.
VERNON HILLS, IL 60061


CENTERPOINTE PROPERTIES TRUST
2023 PAYSPHERE CIRCLE
CHICAGO, IL 60674


CERIDIAN
P.O. BOX 10989
NEWARK, NJ 07193


CHILO'S TIRE SERVICE
511 E. DIXON STREET
COMPTON, CA 90222


City of Carson
701 E Carson Street
Carson, CA 90745


CLEAN ENERGY
4675 MacArthur Court,
Ste. 8
00 Newport Beach, CA 92660


CMA CGM AMERICA INC.
5701 LAKE WRIGHT DRIVE
NORFOLK, VA 23502


CONTINENTAL BUILDING MAINENANCE INC.
. 13316 MAPLEDALE ST.
NORWALK, CA 90650

CONTINENTAL INTERPRETING
4175 E. LA PALMA AVE.
STE. 100
ANAHEIM, CA 92807


County of Los Angeles
Kenneth Hahn Hall of Administration
500 W. Temple St. Room 225
Los Angeles, CA 90012-2770


Crossroads Equipment Lease
and Finance, LLC
9121 Haven Ave., #270
Rancho Cucamonga, CA 91730


CROSSROADS EQUIPMENT LEASE & FINANCE
P.O. BOX 51432
LOS ANGELES, CA 90051


CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349


DAMON GALLA
190 W. Cerritos Ave.
Anaheim, CA 92805


DIRECT CHASSISLINK
PO BOX 603061
CHARLOTTE, NC 28260-3061


DSCH Capital/ Far West Capital
4601 Spicewood Springs Rd.
Building 2, Suite 200
Austin, TX 78759

EATON'S TIRE SERVICE, INC.
15319 VALLEY BLVD.
FONTANA, CA 92335


Eco-Flow Transportation, Inc.
18735 South Ferris Place
Compton, CA 90220


Eileen Hahn
221 EAST MAIN STREET
Bath, PA 18014


EVERGREEN SHIPPING AGENCY  AMERICA  CORP
6021 KATELLA AVE.,
STE 200
CYPRESS, CA 90630


FAIRGROUNDS TRANSPORTATION, INC.
P.O. BOX 10441
COSTA MESA, CA 92627


FANTASMA EXPRESS
11692 DARYL LANE
GARDEN GROVE, CA 92840


FEDEX
P.O. BOX 7221
PASADENA, CA 91109-7321


FLEXI-VAN LEASING
P.O. BOX 3228
BOSTON, MA 02241-3228

FLEXSTEEL INDUSTRIES, INC.
P.O. BOX 4607
RIVERSIDE, CA 92514-4607


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


GARY MOONEY
6711 Shetland Circle
Huntington Beach, CA 92648


GENERAL PETROLEUM CORPORATION
P.O. BOX 31001-1235
PASADENA, CA 91110-1235


GUARDIAN  458519
PO BOX 677458
DALLAS, TX 75267-7458


HANSON BRIDGETT LLP
425 MARKET STREET,
26TH FR
SAN FRANCISCO, CA 94105


HARBOR DIVISION, INC.
P.O. Box 682348
FRANKLIN, TN 37068


HEALTH NET
FILE #52617
LOS ANGELES, CA 90074-2617

INLAND KENWORTH  US  INC
1202 EAST CARSON ST.
CARSON, CA 90745


INTEGRATED TECHNOLOGY SYSTEMS
7071 WARNER AVE. #F754
HUNTINGTON BEACH, CA 92647


INTERMODAL SAFETY LEADERSHIP COUNCIL
P.O. BOX 3160
LAGUNA HILLS, CA 92654-3160


Internal Revnue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


INTERNATIONAL ASSET SYSTEMS LIMITED
520 THIRD STREET,
SUITE 101
OAKLAND, CA 94607


J.B. HUNT TRANSPORT, INC.
ATTN: CORPORATE SAFETY
PO BOX 598
LOWELL, AR 72745


Julio Salamanca
3845 W. 135th St.
Hawthorne, CA 90250


K & R TRANSPORTATION
P.O. BOX 92829
LONG BEACH, CA 90809-2829

K LINE
8730 STONY POINT PARKWAY
SUITE 400
RICHMOND, VA 23235


KIM HASSING ALLAN
26327 Senator Ave.
Harbor City, CA 90710


KOMATSU
P.O. BOX 749389
LOS ANGELES, CA 90074-9389


KONICA MINOLTA
P.O. BOX 100706
PASADENA, CA 91189-0706


LANUZA'S MOBILE WASH
P.O. BOX 5013
BELLFLOWER, CA 90707-5013


LOGFIRE, LLC
PARKWAY SUITE 1060
ATLANTA, GA 30339


LOGISTEC/TTS
2736 TV ROAD
PO BOX 13259
FLORENCE, SC 29504


M.C. WOODWORKS PALLETS ENTERPRISE
P.O. BOX 54937
LOS ANGELES, CA 90054

MACK FINANCIAL SERVICES
PO BOX 7247-0236
PHILADELPHIA, PA 19170-0236


MAERSK
ATTN: PAYMENT SERVICES 3RD FLR
SOUTH 9300 ARROWPOINT BLVD.
CHARLOTTE, NC 28273


Mateo Mares
14503 S. Lonnes Ave., Compton
Compton, CA 90220


MATSUNAGA LANDSCAPE MAINTENANCE
13262 CROMWELL DR.
TUSTIN, CA 92780


MEDIA 360
110 PINE AVE. SUITE 800
LONG BEACH, CA 90802-4425


MEDITERRANEAN SHIPPING COMPANY  USA  INC
PER DIEM DEPARTMENT
700 WATERMARK BLVD.
MT. PLEASANT, SC 29464


MEXCAL TIRES
1333 W. 91ST STREET
LOS ANGELES, CA 90044


MONSTER WORLDWIDE, INC.
FILE 70104
LOS ANGELES, CA 90074-0104

Mooney Enterprises, Inc.
20500 Alameda St.
Carson, CA 90810


NATIONAL SAFETY COMPLIANCE, INC.
P.O. BOX 3160
LAGUNA HILLS, CA 92654-3160


New Koosharem DBA Select Staffing
Matthews Law Firm - Arturo Matthews
1801 Century Park East, 24th Floor
Los Angeles, CA 90067


NIPPON YUSEN KABUSHIKI KAISHA
c/o NYK SERVICES NORTH AMERICA, INC
PO BOX 3480
CORDOVA, TN 38088


NISSAN MOTOR ACCEPTANCE CORPORATION
P.O. BOX 660083
DALLAS, TX 75266-0083


NMHG FINANCIAL SERVICES
P.O. BOX 643749
PITTSBURGH, PA 15264-3749


OFFICE DEPOT CREDIT PLAN
PO BOX 689020
DES MOINES, IA 50368


OGLETREE DEAKINS
400 SOUTH HOPE STREET,
SUITE 1200
LOS ANGELES, CA 90071

Pacific Enterprise Bank  SBA
17748 Skypark Circle, Ste 100
Irvine, CA 92614


PEPE'S TOW SERVICE
918 S. BOYLE AVE.
LOS ANGELES, CA 90023


PITNEY BOWES GLOBAL FIANCIAL
P.O. BOX 371887
PITTSBURGH, PA 15250-7887


PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA 15250-7874


RAMON ARREDONDO
8308 WILBERN STREET
PARAMOUNT, CA 91723


Reynaldo Estrada
8439 E. Adams St. #2
Paramount, CA 90723


ROBERT LIVINGSTON
8611 ACAPULCO CIRCLE
HUNTINGTON BEACH, CA 92646


Roberto Sandoval
444 East Morning Side Street
Long Beach, CA 90805

Securitas Security Services
4330 Park Terrace Drive
Westlake Village, CA 91361


SELECT EQUIPMENT SALES, INC.
6911 8TH STREET
BUENA PARK, CA 90620


SELECT STAFFING
P.O. BOX 512007
LOS ANGELES, CA 90051-0007


SOUTHERN CALIFORNIA EDISON
P.O. BOX 300
ROSEMEAD, CA 91772-0001


SOUTHERN COUNTIES OIL
P.O. BOX 14237
ORANGE, CA 92863


SPRINT
BOX 4181
CAROL STREAM, IL 60197-4181


STAPLES CREDIT PLAN
P.O. BOX 689020
DES MOINES, IA 50368


SUPER SECURE PACKAGING SUPPLIES
2420 S. EASTERN AVE
. COMMERCE, CA 90040

SWISHER HYGIENE FRANCHISE
P.O. BOX 0389
HARBOR CITY, CA 90710-0389


TALLEY & COMPANY
600 CITY PARKWAY WEST,
SUITE 650
ORANGE, CA 92868


TEC LEASING
PO BOX 11272
PORTLAND, OR 97211


TEC OF CALIFORNIA, INC.
. P.O. 11272
PORTLAND, OR 97211-0272


TED JOHNSON PROPANE
5140 ELTON STREET
BALDWIN PARK, CA 91706


TKS LEASING
20500 ALAMEDA ST
CARSON, CA 90221


TOBY SLAYMAN
21082 SHAW LANE
HUNTINGTON BEACH, CA 92646


TRAC INTERMODAL  AP
c/o US BANK
PO BOX 952064
ST. LOUIS, MO 63195

TRES ESTRELLAS TIRE & LUBE, INC.
1475 W. ANAHEIM ST.
LONG BEACH, CA 90813


TRICOM FIRE & ELECTRIC COMPANY
P.O. BOX 7106
ORANGE, CA 92863


TRINIUM TECHNOLOGIES
304 TEJON PLACE
PALOS VERDES, CA 90274


TRUJILLO MAINTENANCE SERVICE
8980 KENDALL AVE.
SOUTH GATE, CA 90280


ULINE
2200 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085


UNITED ARAB AGENCIES INC.
5515 SPALDING DRIVE
PEACHTREE CORNERS, GA 30092


UPS
BOX 894820
LOS ANGELES, CA 90189


US LINES LLC
5701 LAKE WRIGHT DRIVE
NORFOLK, VA 23502

VFS Leasing Co.
 Volvo Financial Services
7025 Albert Pick Rd., Ste 105
Greensboro, NC 27402


Walter Lozano
16218 Denver Ave.
Gardena, CA 90248


YANG MING  AMERICA
13131 DAIRY ASHFORD RD,
STE 300
SUGAR LAND, TX 77478

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**David L. Neale**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
California State Bar Number: **141225**

FOR COURT USE ONLY

☒ *Attorney for: Debtor*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

**Green Fleet Systems, LLC**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:   **11**

# CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **David L. Neale 141225** , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                  **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
See Addendum

b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

<u>February  2, 2015</u>                                By: <u>/s/ Gary Mooney</u>
Date                                                    Signature of Debtor, or attorney for Debtor

Name:   <u>**Gary Mooney, President and CEO**</u>
                Printed name of Debtor, or attorney for
                Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

 **Mooney Enterprises, Inc.**
 **20500 Alameda St.**
 **Carson, CA 90810**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **David L. Neale**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**141225**<br><br>☐ Attorney for: | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>    **Green Fleet Systems, LLC**<br><br>                                              Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists        Date Filed: __**2/2/2015**__
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Other: _____        Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

    I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____        **February 2, 2015**
*Signature of Authorized Signatory of Filing Party*        Date

**Gary Mooney**
*Printed Name of Authorized Signatory of Filing Party*

**President and Chief Executive Officer**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

    I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____        **February 2, 2015**
*Signature of Attorney for Filing Party*        Date

**David L. Neale 141225**
*Printed Name of Attorney for Filing Party*

---

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David L. Neale<br>Levene, Neale, Bender, Yoo & Brill LLP<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234<br>141225<br>☐ *Attorney for:* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>**Green Fleet Systems, LLC**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| | | | |
|---|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: | **2/2/2015** |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | |
| ☐ | Other: | Date Filed: | |

## ART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the central District of California.

_____    **February 2, 2015**
*Signature of Authorized Signatory of Filing Party*    Date

**Gary Mooney**
*Printed Name of Authorized Signatory of Filing Party*

**President and Chief Executive Officer**
*Title of Authorized Signatory of Filing Party*

## ART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party,* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party,* and the Filed Document available for review upon request of the Court or other parties.

_____    **February 2, 2015**
*Signature of Attorney for Filing Party*    Date

**David L. Neale 141225**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*